OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401623 AUG. 06. 2015.

PRESORTED
FIRST CLASS

8/5/2015
LOPEZ, ALFONSO          Tr. Ct. No. 2012CR1491W-W1          WR-83,603-01
The Court has dismissed your application for writ of habeas corpus without written
order; the sentence has been discharged. See *Ex parte Harrington*, 310
**S.W.3d 452** (Tex. Crim. App. 2010).

Abel Acosta, Clerk

RETURN TO SENDER
INMATE DECEASED
INVALID ID NUMBER DO
NOT ALLOWED IN THIS

ALFONSO LOPEZ
BEXAR COUNTY ADULT - TDC # 1879483
200 N. COMAL
SAN ANTONIO, TX. 78207

EBN3B 78207